IN THE UNITED STATES DISTRICT COURT _____D.C.
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION   05 NOV 23 PM 3: 33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,  )
)
Plaintiff,  )
)
)  *05·20*
VS  )  CR. NO. ~~05-20419~~-B
)
AUSTIN G. GUYER,  )
)
Defendant.  )
)

## ORDER ON GUILTY PLEA

This cause came on to be heard on November 23, 2005, the United States Attorney for this District, Rae Oliver, appearing for the Government and the defendant, Austin G. Guyer, appearing in person and with counsel, Pat Brown, representing the defendant.

With leave of the Court and through counsel, the defendant entered a plea of guilty to Count 1 of the Information. Plea Colloquy was held and the Court accepted the guilty plea.

**SENTENCING** is hereby **SET** on **TUESDAY, FEBRUARY 21, 2006, at 9:00 a.m., in Courtroom No.1, on the 11th floor before Judge J. Daniel Breen.**

The defendant is released on bond.

**ENTERED** this the 23rd day of November, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-28-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CR-20419 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT